# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-2835

_____

United States of America,

*Plaintiff - Appellee,*

v.

William Dean Campbell,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: April 9, 2019
Filed: May 3, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

William Campbell directly appeals the sentence the district court[1] imposed after
he pleaded guilty to a drug offense, pursuant to a plea agreement containing an appeal

_____

[1]The Honorable Greg Kays, United States District Judge for the Western
District of Missouri.

waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We will enforce the appeal waiver in this case because Campbell entered into the plea agreement and the appeal waiver knowingly and voluntarily, his challenge to the sentence falls within the scope of the appeal waiver, and no miscarriage of justice would result from enforcing the waiver. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). Further, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion to withdraw and dismiss this appeal.

_____